UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DAVID BRECHEISEN, JR.,

    Plaintiff,

v.

COMMISSIONER
OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:20-cv-750

HON. JANET T. NEFF

## ORDER

Before the Court is Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on March 7, 2022, recommending that Plaintiff's Motion for Attorney Fees be granted in part and denied in part (ECF No. 22 at PageID.921). The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). The Court has reviewed the Report and Recommendation and finds it legally sound and the recommended award of fees reasonable. *See* 28 U.S.C. § 2412(d)(2)(A).

Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 22) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (ECF No. 22) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Defendant shall pay Plaintiff an award of five thousand ninety-eight dollars and 28 cents ($5,098.28) in EAJA fees.

Dated: March 30, 2022                                       /s/ Janet T. Neff
                                                                            JANET T. NEFF
                                                                            United States District Judge